# EXHIBIT A

IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL
CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

**NICOLE ROSS**,

    Plaintiff,

vs.

    Case No.:

**TRANS UNION LLC, EQUIFAX, INC. and
EXPERIAN INFORMATION SOLUTIONS, INC**,

    Defendants.

_____/

## COMPLAINT

COMES NOW Plaintiff, Nicole Ross, individually, by and through the undersigned counsel, and sues Defendants, Trans Union LLC, Equifax, Inc. and Experian Information Solutions, Inc. and states as follows:

### JURISDICTION AND VENUE

1. This matter is a civil action for damages more than $8,000 but less than $50,000.00, exclusive of costs, interest and attorney's fees, arising out of violations under 15 U.S.C. § 1681 (2018) known as the Fair Credit Reporting Act (Hereinafter as the "FCRA"), negligence, and defamation.

2. Plaintiff, Nicole Ross, (Hereinafter referred to as "Nicole"), currently resides in Hillsborough County, Florida.

3. Defendant, Trans Union LLC (Hereinafter referred to as "Trans Union") is a corporation organized and existing under the laws of the State of Illinois which transacts business in Florida. Trans Union transacts business throughout the State of Florida.

4. Defendant, Equifax, Inc. (Hereinafter referred to as "Equifax") is a corporation organized and existing under the laws of the State of Georgia which transacts business in Florida. Equifax transacts business throughout the State of Florida.

5. Defendant, Experian Information Solutions, Inc. (Hereinafter referred to as "Experian") is a corporation organized and existing under the laws of the State of California which transacts business in Florida. Experian transacts business throughout the State of Florida.

6. At all times material to this Complaint, Defendants were doing business in the state of Florida.

7. At all times material to this Complaint Nicole has resided in Hillsborough County, Florida.

8. All conditions precedent for the filing of this Complaint have been performed, waived, or otherwise satisfied.

## GENERAL ALLEGATIONS

9. Notice was sent by Nicole through undersigned counsel that she was disputing the accuracy of Account No.(s) Ending in ▮▮ and ▮ being reported as "Delinquent", for the months of May and June 2023. Her account was closed without her prior knowledge including the monthly payments. By the time she realized the accounts were closed and/or frozen the account was reported late for May and June due to Chase Bank's own negligence of not making the automatic withdrawal payment to the account.

10. Nicole through undersigned counsel sent a dispute letter to each of the Defendants on July 14, 2023 (See attached "Dispute Letters" as **Exhibit "1"**), which explained the inaccurate reporting by the Defendants, showing accounts as discharged in bankruptcy

when in fact they were not. The Dispute Letters were sent via USPS Certified Mail, confirmed delivery for Experian was on July 19, 2023, Equifax was on July 21, 2023, and Trans Union was on July 19, 2023.

11. Since sending the Dispute Letters Nicole has never received an explanation of the results of the investigations by the Defendants.

12. Nicole has not received an explanation, documentation, nor any other evidence from the Defendants to show what proof was used to verify the accuracy of the reporting of the "Delinquent" status in question on their individual credit reports.

## COUNT I – Violations of the FCRA

13. Nicole realleges and restates her prior allegations in Paragraphs 1 through 12, above, as if fully set forth herein.

14. Defendants have a duty to furnish accurate credit information to the credit reporting agencies regarding the account with Nicole pursuant to the FCRA.

15. Defendants were notified of their inaccurate credit reporting, and they continue to publish the inaccurate information in spite of their knowledge of the same.

16. Defendants have failed to send verifying information as to why they are reporting the "Delinquent" status.

17. Due to the Defendants' willful and negligent noncompliance with the requirements imposed under the FCRA by refusing to remove or delete the "Delinquent" status listed on their credit reports, they have caused severe harm to Nicole's credit rating.

## COUNT II – NEGLIGENCE

18. Nicole realleges and restates her prior allegations in Paragraphs 1 through 17,

above, as if fully set forth herein.

19. Defendants have a duty to furnish accurate credit information to the credit reporting agencies regarding the account with Nicole.

20. Defendants were notified of their inaccurate credit reporting, and they continue to publish the inaccurate information in spite of their knowledge of the same.

21. Defendants have failed to send verifying information as to why they are reporting the "Delinquent Accounts".

22. Due to the Defendants' refusal to remove or delete the "Delinquent" status listed on their credit reports, they have caused severe harm to Nicole's credit rating.

## COUNT III – DEFAMATION

23. Nicole realleges and restates her prior allegations in Paragraphs 1 through 22 above, as if fully set forth herein.

24. After multiple notices of the inaccurate reporting of the "Delinquent" status currently being reported on Nicole's credit reports, Defendants have acted negligently by continuing to report the "Delinquent" status in question.

25. Defendants' inaccurate reporting has resulted in a negative impact to Nicole's credit rating to potential lenders which has inhibited her ability to obtain credit, to receive just and proper interest rates, and an inability to refinance loans which has resulted in severe penalties by having to extend existing loans.

**WHEREFORE**, Nicole respectfully demands judgment in her favor and against Defendants for any and all damages sustained by Nicole, as a result of Defendants' violations under the FCRA, negligence, and defamation, including but not limited to:

(1) Statutory damages pursuant to FCRA § 616, which includes damages up to $1,000.00 and reasonable attorney's fees for willful noncompliance;

(2) Statutory damages pursuant to FCRA § 617, which includes actual damages sustained by the said Nicole and reasonable attorney's fees for negligent compliance;

(3) damages from negligent actions of Defendants resulting in negatively effecting Nicole's credit rating and for her time, effort, and costs attempting to resolve this matter prior to a lawsuit;

(4) an order for Defendants to furnish accurate information on their credit reports by removing or deleting the "Delinquent" status currently listed on their credit reports;

(3) an award of Nicole's costs and expenses;

(4) attorneys' fees;

(5) compensatory damages, and;

(6) any additional relief which this Court deems just and proper.

## JURY TRIAL DEMAND

Defendant hereby demands a trial by jury as to all issues and matters so triable as a matter of right.

Respectfully Submitted,

ADAMS SANDLER LAW GROUP

_/s/ Matthew Adams_
MATTHEW ADAMS, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2024, I electronically filed the foregoing document with the Clerk of the Court and a copy was sent to all parties of record.

Respectfully Submitted,

ADAMS SANDLER LAW GROUP

/s/ *Matthew Adams*
MATTHEW ADAMS, ESQ.
Florida Bar No. 109633
37 N. Orange Ave, Ste. 500
Orlando, FL 32801
Telephone: (407) 926-4144
Email: mattadams@AdamsSandlerLaw.com

# Exhibit 1
Dispute Letters to Trans Union, Equifax and Experian
dated July 14, 2023



## ADAMS SANDLER
LAW GROUP

July 14, 2023

Via US Certified Mail:

Transunion
Attn: Legal Department
PO Box 2000
Chester, PA 19016

> RE: Nicole Ross
> Social Security No.: ▮
> Account: Chase Bank, N.A.
> Reporting as: Delinquent for May and June 2023
> Acc. No.(s): Ending in ▮

**NOTICE OF INACCURATE CREDIT REPORTING AND
DEMAND FOR REQUEST FOR REMOVAL OF ACCOUNT OR UPDATE**

To whom it may concern:

I have been retained to represent Nicole Ross in the above-referenced matter. I am sending this letter to you in response to a credit report obtained by my client, where your company has reported the above referenced account as in a "30-day and 60-day Late" status for the months of May and June of 2023.

My client does not believe that she was either 30 or 60 days late making payments on the account. Her accounts were closed without her prior knowledge including the checking account from which the automatic payments were withdrawn to make the monthly payments. By the time she realized the accounts were closed and/or frozen the account was reported late for May and June due to Chase Bank's own negligence of not making the automatic withdrawal payments to the account. Once she was notified by a credit score check, she immediately made payment to bring each account current. In the interest of resolving this matter amicably and without the need for further time and expense collecting information and possible litigation over such a simple matter, my client is kindly requesting the late payment designation for the month of May and June be removed to either show on-time for the month of May and June or "NR" for not reported for those months. This reporting has had a severe negative impact to her credit rating. If

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



your company agrees to the same, please send notice and you may forgo the following requests.

    This notice is being sent pursuant to the Fair Credit Reporting Act, § 609 [15 U.S.C. § 1681g] and § 611 [15 U.S.C. § 1681i] that my client is disputing the accuracy of the Summit account. My client has no knowledge of the account and believes that it may have been opened fraudulently in his name and is therefore requesting validation of this account. Please send any and all documents and correspondence relating to this account, including but not limited to, the alleged agreement showing my client's obligation under this account including signatures or other alleged electronic acceptance, if applicable, and the accounting of the current balance alleged to our office within thirty (30) days from receipt of this letter. If your company cannot validate this account and show that my client has an obligation under this account, we are demanding that your company delete the account from his consumer report.

    If your company does not offer that evidence to us within thirty (30) days of receipt of this letter, then my client has instructed my firm to file a lawsuit against your company for your willful and negligent noncompliance pursuant to FCRA §616(a); §617(a), which brings an award for damages in the form of a statutory fine along with reasonable attorney's fees, and also punitive damages may be awarded.

    Please contact my office within ten (10) days of receipt of this letter to notify us of your intentions or if you would like to discuss the matter further.

                                                      Sincerely,

                                                      */s/Matthew Adams*

                                                      Matthew Adams, Esq.
                                                      FL Bar No.: 109633

Enclosed:    Authorization for Representation

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



# ADAMS SANDLER
LAW GROUP

July 14, 2023

<u>Via US Certified Mail:</u>

Equifax
Attn: Legal Department
PO Box 740256
Atlanta, GA 30374

        RE: Nicole Ross
            Social Security No.: ▓▓▓▓▓▓
            Account: Chase Bank, N.A.
            Reporting as: Delinquent for May and June 2023
            Acc. No.(s): Ending in ▓▓▓▓▓▓

## NOTICE OF INACCURATE CREDIT REPORTING AND
## DEMAND FOR REQUEST FOR REMOVAL OF ACCOUNT OR UPDATE

To whom it may concern:

    I have been retained to represent Nicole Ross in the above-referenced matter. I am sending this letter to you in response to a credit report obtained by my client, where your company has reported the above referenced account as in a "30-day and 60-day Late" status for the months of May and June of 2023.

    My client does not believe that she was either 30 or 60 days late making payments on the account. Her accounts were closed without her prior knowledge including the checking account from which the automatic payments were withdrawn to make the monthly payments. By the time she realized the accounts were closed and/or frozen the account was reported late for May and June due to Chase Bank's own negligence of not making the automatic withdrawal payments to the account. Once she was notified by a credit score check, she immediately made payment to bring each account current. In the interest of resolving this matter amicably and without the need for further time and expense collecting information and possible litigation over such a simple matter, my client is kindly requesting the late payment designation for the month of May and June be removed to either show on-time for the month of May and June or "NR" for not reported for those months. This reporting has had a severe negative impact to her credit rating. If

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



your company agrees to the same, please send notice and you may forgo the following requests.

    This notice is being sent pursuant to the Fair Credit Reporting Act, § 609 [15 U.S.C. § 1681g] and § 611 [15 U.S.C. § 1681i] that my client is disputing the accuracy of the Summit account. My client has no knowledge of the account and believes that it may have been opened fraudulently in his name and is therefore requesting validation of this account. Please send any and all documents and correspondence relating to this account, including but not limited to, the alleged agreement showing my client's obligation under this account including signatures or other alleged electronic acceptance, if applicable, and the accounting of the current balance alleged to our office within thirty (30) days from receipt of this letter. If your company cannot validate this account and show that my client has an obligation under this account, we are demanding that your company delete the account from his consumer report.

    If your company does not offer that evidence to us within thirty (30) days of receipt of this letter, then my client has instructed my firm to file a lawsuit against your company for your willful and negligent noncompliance pursuant to FCRA §616(a); §617(a), which brings an award for damages in the form of a statutory fine along with reasonable attorney's fees, and also punitive damages may be awarded.

    Please contact my office within ten (10) days of receipt of this letter to notify us of your intentions or if you would like to discuss the matter further.

                                            Sincerely,

                                            */s/Matthew Adams*

                                            Matthew Adams, Esq.
                                            FL Bar No.: 109633

Enclosed:    Authorization for Representation

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



July 14, 2023

<u>Via US Certified Mail:</u>

Experian
Attn: Legal Department
PO Box 4500
Allen, TX 75013

      RE: Nicole Ross
         Social Security No.:
         Account: Chase Bank, N.A.
         Reporting as: Delinquent for May and June 2023
         Acc. No.(s): Ending in

### NOTICE OF INACCURATE CREDIT REPORTING AND
### DEMAND FOR REQUEST FOR REMOVAL OF ACCOUNT OR UPDATE

To whom it may concern:

  I have been retained to represent Nicole Ross in the above-referenced matter. I am sending this letter to you in response to a credit report obtained by my client, where your company has reported the above referenced account as in a "30-day and 60-day Late" status for the months of May and June of 2023.

  My client does not believe that she was either 30 or 60 days late making payments on the account. Her accounts were closed without her prior knowledge including the checking account from which the automatic payments were withdrawn to make the monthly payments. By the time she realized the accounts were closed and/or frozen the account was reported late for May and June due to Chase Bank's own negligence of not making the automatic withdrawal payments to the account. Once she was notified by a credit score check, she immediately made payment to bring each account current. In the interest of resolving this matter amicably and without the need for further time and expense collecting information and possible litigation over such a simple matter, my client is kindly requesting the late payment designation for the month of May and June be removed to either show on-time for the month of May and June or "NR" for not reported for those months. This reporting has had a severe negative impact to her credit rating. If

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



your company agrees to the same, please send notice and you may forgo the following requests.

      This notice is being sent pursuant to the Fair Credit Reporting Act, § 609 [15 U.S.C. § 1681g] and § 611 [15 U.S.C. § 1681i] that my client is disputing the accuracy of the Summit account. My client has no knowledge of the account and believes that it may have been opened fraudulently in his name and is therefore requesting validation of this account. Please send any and all documents and correspondence relating to this account, including but not limited to, the alleged agreement showing my client's obligation under this account including signatures or other alleged electronic acceptance, if applicable, and the accounting of the current balance alleged to our office within thirty (30) days from receipt of this letter. If your company cannot validate this account and show that my client has an obligation under this account, we are demanding that your company delete the account from his consumer report.

      If your company does not offer that evidence to us within thirty (30) days of receipt of this letter, then my client has instructed my firm to file a lawsuit against your company for your willful and negligent noncompliance pursuant to FCRA §616(a); §617(a), which brings an award for damages in the form of a statutory fine along with reasonable attorney's fees, and also punitive damages may be awarded.

      Please contact my office within ten (10) days of receipt of this letter to notify us of your intentions or if you would like to discuss the matter further.

      Sincerely,

      */s/Matthew Adams*

      _____

      Matthew Adams, Esq.
      FL Bar No.: 109633

Enclosed:    Authorization for Representation