UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
HILLSBOROUGH DIVISION

CASE NO.: 8:24-cv-00444-WFJ-NHA

NICOLE ROSS,

    Plaintiff,

vs.

TRANS UNION LLC, EQUIFAX, INC, and EXPERIAN INFORMATION SOLUTIONS, INC,

    Defendant(s).

**NOTICE OF SETTLEMENT WITH DEFENDANT, EQUIFAX INFORMATION SOLUTIONS, LLC**

Plaintiff, Nicole Ross, pursuant to Local Rule 3.09, hereby notifies the Court that Plaintiff and Defendant, Equifax Inc, have reached a resolution and settled this matter in principle and are awaiting each party's execution of the settlement documents. Plaintiff requests thirty (30) days to file the requisite stipulation for dismissal with prejudice.

Respectfully submitted,

*/s/Matthew Adams*
Matthew Adams, Esq.
Florida Bar No.: 109633
ADAMS SANDLER LAW GROUP
37 N. Orange Ave., Ste. 500
Orlando, FL 32801
Telephone: 407-926-4144
Email: info@AdamsSandlerLaw.com
MattAdams@AdamsSandlerLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on February 27, 2024, via the Court Clerk's CM/ECF system to all parties of record.

>/s/Matthew Adams
>Matthew Adams, Esq.
>*Counsel for Plaintiff*