UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:24-cv-00444-WFJ-NHA

**NICOLE ROSS**

    Plaintiff,

vs.

**TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.,**

    Defendant(s).

**NOTICE OF SETTLEMENT WITH DEFENDANT,
EXPERIAN INFORMATION SOLUTIONS, INC**

Plaintiff, Nicole Ross, pursuant to Local Rule 3.09, hereby notifies the Court that Plaintiff and Defendant, Experian Information Solutions, Inc, have reached a resolution and settled this matter in principle and are awaiting each party's execution of the settlement documents. Plaintiff requests thirty (30) days to file the requisite stipulation for dismissal with prejudice.

Respectfully submitted,

/s/Matthew Adams
Matthew Adams, Esq.
Florida Bar No.: 109633
ADAMS SANDLER LAW GROUP
37 N. Orange Ave., Ste. 500
Orlando, FL 32801
Telephone: 407-926-4144
Email: info@AdamsSandlerLaw.com
MattAdams@AdamsSandlerLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on March 25, 2024, via the Court Clerk's CM/ECF system to all parties of record.

/s/Matthew Adams
Matthew Adams, Esq.
*Counsel for Plaintiff*