UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:24-cv-00444-WFJ-NHA

NICOLE ROSS

    Plaintiff,

vs.

TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant(s).

## NOTICE OF SETTLEMENT WITH DEFENDANT, TRANS UNION, LLC

Plaintiff, Nicole Ross, pursuant to Local Rule 3.09, hereby notifies the Court that Plaintiff and Defendant, Trans Union, LLC, have reached a resolution and settled this matter in principle and are awaiting each party's execution of the settlement documents. Plaintiff requests thirty (30) days to file the requisite stipulation for dismissal with prejudice.

    Respectfully submitted,

    /s/Matthew Adams
    Matthew Adams, Esq.
    Florida Bar No.: 109633
    ADAMS SANDLER LAW GROUP
    37 N. Orange Ave., Ste. 500
    Orlando, FL 32801
    Telephone: 407-926-4144
    Email: info@AdamsSandlerLaw.com
    MattAdams@AdamsSandlerLaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on March 25, 2024, via the Court Clerk's CM/ECF system to all parties of record.

                                        */s/Matthew Adams*
                                        Matthew Adams, Esq.
                                        *Counsel for Plaintiff*