UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOLE ROSS,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No: 8:24-cv-444-WFJ-NHA

TRANS UNION LLC and EXPERIAN
INFORMATION SOLUTIONS, INC,

    Defendants.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 21)** that the above-styled action has been settled as to Defendant Trans Union, LLC ("Trans Union"). Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Trans Union and subject to the right of the parties, within <u>thirty (30) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 30-day period, however, dismissal shall be with prejudice as to Trans Union, as the sole remaining Defendant. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on March 26, 2024.

                                  s/*William F. Jung*
                                **WILLIAM F. JUNG**
                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record